IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FNTV, LLC,<br>    PLAINTIFF,<br><br>V.<br><br>WIDE OPEN MEDIA, INC.,<br>    DEFENDANT. | § § § § § § § § § § § | CAUSE NO. 1:22-CV-66-LY |

**ORDER CLOSING CASE**

Before the court is the above-referenced cause. On March 1, 2022, Plaintiff filed a Notice of Dismissal of Civil Action With Prejudice (Doc. #7) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). As nothing further remains to be resolved,

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this ___3rd___ day of March, 2022.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE